UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Robert H. Hale, | Case No.: 2:19-cv-001112-JAD-NJK |
| Plaintiff | |
| v. | |
| Steven T. Mnuchin, Secretary of the Treasury, et al., | **Order Dismissing Action**<br>[ECF Nos. 21, 22] |
| Defendants | |

Plaintiff Robert H. Hale filed this action in June 2019 "to receive property belonging to him that was erroneously taken by IRS employees as a means of liens and levies."[1]  After some motion practice and various orders by this court, Hale now seeks to "withdraw" his complaint and he asks the court to refund his filing fee.[2]  The court construes this request as one for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2), which allows an action to "be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  As Hale has indicated his desire to terminate this matter, and the defendants have not filed an opposition to that request, the court finds good cause to grant the request, dismiss Hale's claims, and close this case.  However, as the court has invested time and resources in this case, which has been pending for a year and half, the court will not refund Hale's filing fee.

IT IS THEREFORE ORDERED that Hale's motion to withdraw the complaint, which the court construes as a motion for voluntary dismissal **[ECF No. 21] is GRANTED.  This case is dismissed.**

---

[1] ECF No. 1 at 1.

[2] ECF Nos. 21, 22.

IT IS FURTHER ORDERED that Hale's motion for refund of filing fees **[ECF No. 22] is DENIED.**

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2020